**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHANNON THOMASON and VINNIE PENNA,
as Parents and Natural Guardians of E.P., and
SHANNON THOMASON and VINNIE PENNA,
Individually,

                            Plaintiffs,

    -against-                                          21 **CIVIL** 6713 (LJL)

                                                            **<u>JUDGMENT</u>**

MEISHA PORTER, in her official capacity
as the Chancellor of the New York City
Department of Education, and
NEW YORK CITY DEPARTMENT
OF EDUCATION,

                            Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2023, the Parents' motion for summary judgment is DENIED and the DOE's cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 13, 2023

                                                               **RUBY J. KRAJICK**

                                                       _____
                                                           **Clerk of Court**

                            **BY:**            _K. Mango_

                                                          _____
                                                           **Deputy Clerk**